UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BENJAMIN B. ORYANG,            )
                               )
        Plaintiff,             )
                               )
v.                             )    Case No. 2:03-cv-00287-JHH-HGD
                               )
GOVERNOR BOB RILEY, *et al.*,  )
                               )
        Defendants.            )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 24, 2005, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on June 9, 2005 and July 29, 2005.[1] The Court notes that while plaintiff is attempting to bring suit on behalf of himself and "all those who are similarly situated," it is plain error for a court to allow a *pro se* litigant to represent a class. *Wallace v. Smith*, 2005 WL 1842350, at *2 (11th Cir. Aug. 4, 2005); *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975). An

---

[1] The plaintiff has also filed a motion to amend the pleadings. (Doc. #14). However, because the amended allegations would not change the magistrate judge's findings, the motion is due to be denied as moot.

inmate lacks standing to litigate the constitutional claims of another prisoner. *Weaver v. Wilcox*, 650 F.2d 22, 27 (3d Cir. 1981).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** this the ___26th___ day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE